IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 6:10-258 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JERRY WATSON** | ) | **ORDER FOR** |
| **a/k/a "Chop"** | ) | **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, **JERRY WATSON, a/k/a "Chop"**, as requested by theUnited States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/ William M. Catoe

U. S. MAGISTRATE JUDGE

Greenville, South Carolina
3-9, 2010

WE SO MOVE:

KEVIN F. MCDONALD
ACTING UNITED STATES ATTORNEY

By: A. Lance Crick

A. Lance Crick
Assistant United States Attorney
D.C. Bar No. 7765