# United States District Court
Eastern District of Kentucky
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk

P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

June 1, 2010

Clerk, United States District Court
District of South Carolina
Clement F. Haynsworth Federal Bldg
and U.S. Courthouse
300 East Washington Street
Greenville, SC 29601

RE: United States of America v. Jerry Watson a/k/a Chop
Originating Case No.: 6:10-cr-258-HFF

Dear Clerk of Court:

Enclosed please find certified copies of Rule 5 documents pertaining to the above named defendant, which includes a copy of our Court's docket sheet, initial appearance minute sheet and Rule 5 Order.

Please acknowledge receipt on the attached copy of this letter of transmittal.

Sincerely,

LESLIE G. WHITMER

BY: s/ Jackie Brock, D.C.

Enclosures
cc: all counsel

| Date of Receipt: 6/4/10 | Your Case Number: 6:10-cr-258-HFF |
| --- | --- |