IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 6:10-258 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY WATSON, | ) | |
| a/k/a “Chop” | ) | INFORMATION |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

1. November 9,1989: conviction for Possession with the Intent to Distribute Cocaine 1st offense in Greenville County General Sessions Court, 1989-GS-23-4803 (incident date December 31, 1988); sentenced to 6 years.

2. August 7, 1990-conviction for Distribution of Cocaine 1st offense in Greenville County General Sessions Court, 1990-GS-23-2782 (incident date July 27, 1989); sentenced to 5 years to run concurrently with sentence Watson was serving pursuant to 1989-GS-23-4803.

3. March 1, 1993- conviction for Distribution of Cocaine in United States District Court for the District of South Carolina, Case Number 6:92-cr-00143-005 (incident date unknown); sentenced to 151 months imprisonment followed by 36 months supervised release.

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: Andrew B. Moorman

Andrew B. Moorman
Assistant United States Attorney

August 13, 2010